**93–943.** State ex rel. Brown v. Indus. Comm. In Mandamus. Reported at 68 Ohio St.3d 45, 623 N.E.2d 55. On motion for rehearing. Rehearing denied.

MOYER, C.J., and WRIGHT, J., dissent.

**93–1653.** James v. Mysyk. *Summit County,* No. 15934. Reported at 67 Ohio St.3d 1506, 622 N.E.2d 654. On motion for rehearing. Rehearing denied.

RESNICK, J., dissents.

**93–1766.** State v. Smith. *Hamilton County,* No. C–880287. Reported at 68 Ohio St.3d 1404, 623 N.E.2d 562. On motion for rehearing. Rehearing denied.

**93–2001.** Blue Cross & Blue Shield of Ohio v. Grigsby. In Prohibition. Reported at 67 Ohio St.3d 1476, 620 N.E.2d 849. On motion for rehearing. Rehearing denied.

MOYER, C.J., DOUGLAS and F.E. SWEENEY, JJ., dissent.

## DISCIPLINARY DOCKET

**93–1330.** Dayton Bar Assn. v. Lewis. On request for extension of time to pay board costs. Request granted.

MOYER, C.J., dissents.